THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. WALTER SHACKLEFORD, Defendant-Appellant.

(No. 57285; )

First District (3rd Division)—March 15, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Bernard L. Schwartz and Robert M. Gray, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and James S. Veldman, Assistant State's Attorneys, of counsel,) for the People.